THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Roy G. Lindsey,       
Appellant,
 
 
 

v.

 
 
 
William D. Catoe, Director, S.C. Department 
 of Corrections, and Henry Dargan McMaster, Attorney General,       
Respondents.
 
 
 

Appeal From Greenville County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2004-UP-327
Submitted March 19, 2004  Filed May 
 14, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Allen Bullard, and 
 Assistant Attorney General David Spencer, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Affirmed pursuant to South 
 Carolina Rules of Appellate Practice, Rule 220, and the following authorities:  
 Simpson v. State, 329 S.C. 43, 46, 495 S.E.2d 429, 430-31 (1998) (holding 
 a party may not petition for a writ of habeas corpus before the circuit or other 
 lower courts of this State, where the claim is cognizable under the PCR statutes); 
 S.C. Code Ann. § 17-27-20(b) (1985) (stating the PCR statute comprehends and 
 takes the place of all other common law, statutory or other remedies heretofore 
 available for challenging the validity of the conviction or sentence, and provides 
 the Act shall be used exclusively in place of them).  
 AFFIRMED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.